David J. Kaloyanides SBN 160368

E: djpkaplc@me.com

15338 Central Avenue

Chino, CA 91710

T: 213-623-8120/F: 213-402-6292

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:15-CR-00174 MWF |
| v. | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| TONY PERFECTO ROCHA, | |
| Defendant(s). | |

The Court hereby orders that the request of:

__TONY PERFECTO ROCHA__ ___ Plaintiff _X_ Defendant ___ Other_____
*Name of Party*

to substitute ___David J. Kaloyanides___ who is

_X_ Retained Counsel  ___ Counsel appointed by the Court (Criminal cases only)  ___ Pro Se

15338 Central Avenue
*Street Address*

Chino, CA 91710                                    djpkaplc@me.com
*City, State, Zip*                                 *E-Mail Address*

213-623-8120           213-402-6292            160368
*Telephone Number*      *Fax Number*            *State Bar Number*

as attorney of record instead of ___William S. Harris___
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**   XX GRANTED   ___ DENIED

Dated  May 11, 2015

_____
U. S. District Judge

G-01 ORDER (12/14)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY